**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-7183

JERRY ALEXANDER CANZATER,

Plaintiff - Appellant,

v.

WARDEN A. J. PADULA, Lee Correctional Institution; MS. BELL, Associate Warden Lee Correctional Institution; MR. OBERMAN, Classification; MS. HILTON, Classification,

Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Rock Hill.  Henry M. Herlong, Jr., Senior District Judge.  (0:09-cv-02197-HMH)

Submitted:  February 28, 2011          Decided:  March 8, 2011

Before TRAXLER, Chief Judge, and KING and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jerry Alexander Canzater, Appellant Pro Se.  Walker Heinitsh Willcox, WILLCOX BUYCK & WILLIAMS, PA, Florence, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry Alexander Canzater appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Canzater v. Padula, No. 0:09-cv-02197-HMH (D.S.C. Aug. 9, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2